**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01064-CR

**LARRY LYNN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-51103-Y**

## ORDER

On March 10, 2015, this Court ordered court reporter Sharon Hazlewood to file the reporter's record in this appeal by 4:00 p.m. on April 6, 2015. When Ms. Hazlewood did not file the record by May 4, 2015, the Court ordered her to file it by 4:00 p.m. on Monday, May 11, 2015. Rather than complying with this Court's order, on May 12, 2015, Ms. Hazlewood filed a letter with the Court stating "This record will be filed by next Monday at the very latest." The Court will not treat this as an extension request because Ms. Hazlewood is telling the Court of her intentions rather than requesting that this Court allow additional time to comply with our order. Moreover, to date, Ms. Hazlewood has not filed the reporter's record in this appeal.

Accordingly, we **ORDER** Sharon Hazlewood, by **4:00 p.m. on WEDNESDAY, MAY 27, 2015**, to surrender her notes and all exhibits admitted into evidence in this case to the

Honorable Elizabeth Frizell, Presiding Judge of the Criminal District Court No. 7, for transcription by another court reporter. We warn Ms. Hazlewood that this Court expects complete compliance with this order and she may not seek to avoid the consequences of this order by seeking to file the record in another manner.

We **ORDER** the Honorable Elizabeth Frizell to notify this Court in writing, by **4:00 p.m. on FRIDAY, MAY 29, 2015**, whether Sharon Hazlewood has surrendered the notes and exhibits in this case, and to provide the Court with the name and contact information of the court reporter who will be transcribing the record in this appeal.

**FAILURE OF SHARON HAZLEWOOD TO SURRENDER THE NOTES AND EXHIBITS TO THE HONORABLE ELIZABETH FRIZELL BY THE DATE AND TIME SET FORTH ABOVE MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; the Dallas County Auditor; the Texas Court Reporters Certification Board; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE